604

452 A.2d 1087

Commonwealth v. Fornwalt, Appellant.

Submitted June 22, 1981. P. Richard Wagner, for appellant; William A. Behe, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence is affirmed.

452 A.2d 1087

Commonwealth v. Friel, Appellant.

Petition for Allowance of Appeal Denied Feb. 28, 1983.

Submitted June 9, 1982. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.